**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-00328-HDM-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MARQUEE MUNERLYN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant's motion to seal the government's motion to deny downward adjustment for not accepting responsibility is **GRANTED**. The government's motion (#51) is hereby sealed until further order of the court.

    IT IS SO ORDERED.

    DATED: This 17th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE