# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

```
UNITED STATES OF AMERICA,         )    2:13-cr-00328-HDM-GWF
                                  )    2:16-cv-01520-HDM
        Respondent/Plaintiff,     )
                                  )    ORDER
vs.                               )
                                  )
MARQUEE MUNERLYN,                 )
                                  )
        Petitioner/Defendant.     )
_____)
```

Before the court is defendant's motion to voluntarily withdraw his motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 filed on April 24, 2017 (ECF No. 91). The United States has not responded.

Defendant requests to withdraw his § 2255 motion filed on December 7, 2016[1] (ECF No. 87) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The United States did not file an opposition to the § 2255 motion. Accordingly, the court will allow defendant to withdraw his § 2255 motion. In granting the motion to withdraw, the court makes no determination as to whether a new § 2255

---

[1] Pursuant to the District Court's First Amended General Order dated April 27, 2016, defendant filed an abridged motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 on June 27, 2016 to toll the statute of limitations (ECF No. 84).

1

motion that defendant may file in the future would constitute a second or successive motion and therefore require certification from the Ninth Circuit Court of Appeals before being filed in U.S. District Court. *See* 28 U.S.C. § 2255(h).

    IT IS THEREFORE ORDERED that defendant's motion to voluntarily withdraw his motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF No. 91) is **GRANTED.**

    IT IS FURTHER ORDERED that defendant's motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF Nos. 84, 87) is **WITHDRAWN.**

    IT IS SO ORDERED.

    DATED: This 25th of July, 2017.

_____
UNITED STATES DISTRICT JUDGE