UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUEE MUNERLYN,<br><br>Defendant. | Case No. 2:13-cr-00328-HDM-GWF-1<br><br>ORDER |

On June 17, 2019, defendant Marquee Munerlyn filed a Notice regarding a change of address and request for docket sheet (ECF No. 106). The Clerk of the Court shall provide defendant with a copy of this order and a copy of the docket sheet at the new address that defendant has provided to the Clerk of the Court.

**IT IS SO ORDERED.**

DATED this 20th day of June, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE