1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6
7

UNITED STATES OF AMERICA,

Case No. 2:13-cr-00328-HDM-GWF

Plaintiff,

8

v.

ORDER

9

MARQUEE MUNERLYN,

10

Defendant.

11
12

The defendant's letter request for copies of certain

13

documents in his case is granted in part. (ECF No. 108). The Clerk

of Court shall provide to the defendant a copy of the requested

14

records that are available on the court's docket: (1) ECF No. 32

15

(plea agreement); (2) ECF No. 40 (transcript of plea); (3) ECF No.

16

60 (notice of appeal); and (4) ECF No. 74 (sentencing transcript).

17

IT IS SO ORDERED.

18

DATED: This 31st day of August, 2023.

19
20
21

Howard D McKibben

UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28

1